**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Gabriela Altamirano**   JOINT DEBTOR: ___   CASE NO.: ___
Last Four Digits of SS# **xxx-xx-4936**   Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ **770.00** for months **1** to **36** ;
    B. $ _____ for months _____ to _____ ;
    C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,600.00**   TOTAL PAID $ **1,500.00**
Balance Due $ **2,100.00** payable $ **700.00** /month (Months **1** to **3** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ ___
Address: ___   Arrears Payment $ ___ /month (Months _ to _)
Account No: ___   Regular Payment $ ___ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank United** 7815 NW 148 Street; Hialeah, FL 33016 | 5141 SW 159th Avenue Miami, FL 33185 $ 283,000.00 | 0% | $ 0.00 | 36 To 36 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due $ ___
Payable $ ___ /month (Months _ to _)   Regular Payment $ ___

Unsecured Creditors: Pay $ **700.00** /month (Months **4** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**Nissan Infinity**                                    **Automobile Lease  Nissan Altima 2010**
                                                       **Lessee**

    **Special Intentions:**
    **BMW Financial Services: Debtor will pay claim directly at 683.68 per month.**
    **Litton Loan Servicing: Debtor will pay claim directly at 2,322.59 per month.**
    **Nissan Infinity: Debtor will pay claim directly at 270.00 per month.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Gabriela Altamirano**
**Gabriela Altamirano**
Debtor

Date: **March 11, 2011**