**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **3rd**  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  **Gabriela Altamirano**          JOINT DEBTOR: _____     CASE NO.:  **11-16528**

Last Four Digits of SS#  **xxx-xx-4936**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| A. | $ | **777.00** | for months | **1** | to | **3** ; |
| B. | $ | **614.57** | for months | **4** | to | **60** ; |
| C. | $ | | for months | | to | ; in order to pay the following creditors: |

Administrative:  Attorney's Fee - $ **3,600.00**   TOTAL PAID $ **1,500.00**
Balance Due  $ **2,100.00** payable $ **700.00** /month  (Months **1** to **3** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-** _____   Arrearage on Petition Date $ _____
Address: _____      Arrears Payment $ _____ /month  (Months _ to _)
Account No: _____   Regular Payment $ _____ /month  (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank United**<br>**7815 NW 148 Street;**<br>**Hialeah, FL 33016** | **5141 SW 159th Avenue**<br>**Miami, FL 33185**<br>$ **283,000.00** | **0%** | $ **0.00** | **0  To  0** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]

**Miami Dade County Tax**  Total Due  $ **7153.20**
Payable  $ **198.70** /month    (Months **4** to **39** )    Regular Payment $ _____

Unsecured Creditors: Pay $ **360.00** /month (Months **4** to **39** ). **$558.70 (months 40-60)**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**

**Nissan Infinity**                    **Automobile Lease  Nissan Altima 2010**
                                        **Lessee**

**BMW Finacial Services**              **Automobile Lease-BMW 528I 2010**


Debtor will assume the lease with BMW Financial Services and the Debtor's husband will continue to pay the monthly payment directly outside the Plan at the rate of $683.68 per month.

Debtor will assume the lease with Nissan Infinity directly at the rate of $270.00 per month. Debtor is current on the payments.

Debtor will pay Litton Loan Services, the servicer for first mortgage holder, The Bank of New York Mellon, directly at the rate of $2322.59 per month. Debtor is current under the mortgage.

**Debtor will provide copies of her income tax return to the Chapter 13 Trustee on or before May 15, during the pendency of the plan. The debtors will amend Schedule I and J and modify the Plan if necessary.**

**Debtor's husband will continue to pay the monthly payment directly outside the Plan  to HSBC Bank Nevada, NA (Yamaha) .**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**Gabriela Altamirano**
Debtor

Date:

LF-31 (rev. 01/08/10)