UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDING UNDER CHAPTER 13

CASE NO.: 11-16528-BKC-RAM

IN RE:

GABRIELA ALTAMIRANO

### NOTICE OF CONTINUED CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to September 13, 2011, at 1:35 PM, at 51 South West First Avenue, Room 1406, Miami, Florida 33130.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing was mailed to those parties listed below on this <u>02nd</u> day of SEPTEMBER 2011.

                                    Nancy N. Herkert, Esquire
                                    Standing Chapter 13 Trustee
                                    Post Office Box 279806
                                    Miramar, Florida 33027
                                    Telephone: (954) 443-4402
                                    Fla. Bar No. 441856


                            By:  /s_____
                                    Nancy N. Herkert, Esquire

COPIES FURNISHED TO:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-9806

GABRIELA ALTAMIRANO
DEBTOR(S)
5141 SW 159 AVE
MIAMI, FL   33185

LATONIA D. JACKSON, ESQUIRE
7333 CORAL WAY, SUITE #D
MIAMI, FL   33155

Case 11-16528-RAM    Doc 63    Filed 09/02/11    Page 3 of 3