**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **4th** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Gabriela Altamirano**    JOINT DEBTOR: ____    CASE NO.: **11-16528**
Last Four Digits of SS# **xxx-xx-4936**    Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **777.00** for months **1** to **3** ;
  B. $ **620.77** for months **4** to **60** ;
  C. $ ____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,600.00**    TOTAL PAID $ **1,500.00**
Balance Due $ **2,100.00** payable $ **700.00** /month (Months **1** to **3** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date $ ____
Address: ____    Arrears Payment $ ____ /month (Months __ to __)
Account No: ____    Regular Payment $ ____ /month (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank United**<br>**7815 NW 148 Street;**<br>**Hialeah, FL 33016** | 5141 SW 159th Avenue<br>Miami, FL 33185<br>$ 283,000.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

  **Miami Dade County Tax**    Total Due $ **7153.20**
  Payable $ **198.70** /month (Months **4** to **39** )    Regular Payment $ ____

Unsecured Creditors: Pay $ **360.00** /month (Months **4** to **39** ). **$558.70 (months 40-60)**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**Nissan Infinity**    **Automobile Lease  Nissan Altima 2010 Lessee**

**BMW Finacial Services**    **Automobile Lease-BMW 528I 2010**

**Debtor will assume the lease with BMW Financial Services and the Debtor's husband will continue to pay the monthly payment directly outside the Plan at the rate of $683.68 per month.**

**Debtor will assume the lease with Nissan Infinity directly at the rate of $270.00 per month. Debtor is current on the payments.**

**Debtor will pay Litton Loan Services, the servicer for first mortgage holder, The Bank of New York Mellon, directly at the rate of $2322.59 per month. Debtor is current under the mortgage.**

LF-31 (rev. 01/08/10)

**Debtor will provide copies of her income tax return to the Chapter 13 Trustee on or before May 15, during the pendency of the plan. The debtors will amend Schedule I and J and modify the Plan if necessary.**

**Debtor's husband will continue to pay the monthly payment directly outside the Plan to HSBC Bank Nevada, NA (Yamaha) .**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**Gabriela Altamirano**
Debtor

Date: _____