IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

GABRIELA ALTAMIRANO

CASE NO. 11-16528-RAM
CHAPTER 13

Debtor(s)

_____/

**RESPONSE TO OBJECTION TO CLAIM 2 OF LITTON LOAN SERVICING**

COMES NOW, LITTON LOAN LP AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST NLC TRUST 2005-2 MORTGAGE-BACKED CERTIFICATES, SERIES 2005-2, by and through its undersigned attorney and files this response to Debtor's Objection to Claim 2 of Litton Loan Servicing [D.E. NO. 60] and hereby states:

1. Creditor's claim is supported by law.

2. The Creditor filed a Proof of Claim 2-1 in this case on March 21, 2011. The Proof of Claim indicates that the Creditor has a secured interest in the amount of $348,896.58. The Proof of Claim further indicates arrearages in the amount of $1,754.03.

3. Debtor states that at the debt is being paid outside the Plan. Debtor states that this claim be disallowed and stricken as Creditor will not receive distribution from the Chapter 13 estate.

4. Debtors' Plan has not been confirmed. Therefore, the Objection is premature. Even upon Confirmation, wherein Debtor agrees to pay Creditor direct, Creditors' claim should be allowed as filed with no distribution received from the Chapter 13 Plan.

5. The creditor herein is requesting a fifteen minute hearing and further notice of all proceedings in the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 12th day of September, 2011 to GABRIELA ALTAMIRANO, 5141 SW 159TH AVENUE, MIAMI, FL 33185; LA TONIA JACKSON, ESQUIRE, 7333 CORAL WAY, MIAMI, FL 33155; NANCY N. HERKERT, TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027; ANDUNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130.

/s/ Steve D. Tran
Law Offices of Daniel C. Consuegra, P.L.
X Steve D. Tran/Florida Bar #14822
☐ Lydia M. Gazda/Florida Bar #71842
☐ Kevin A. Comer/Florida Bar #55553
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor