**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:   Gabriela Altamirano | Case No. 11-16528-BKC-RAM |
| | Chapter 13 |
| Debtor | |
| _____/ | |

NOTICE OF WITHDRAWAL OF OBJECTION
TO CLAIM NUMBER 6 AND 7

Debtor, Gabriela Altamirano, by and through his undersigned attorney, hereby withdraws Objection to Claim number 6 in the amount of #3,071.14 HSBC Bank Nevada and Claim number 7 in the amount of $6109.09 HSBC Bank Nevada as these claims have been resolved.

DATED: September 26, 2011

    Respectfully Submitted,

    Law Office of LaTonia D. Jackson
    & Associates, LLC
    12905 SW 42 Street, Suite 203
    Miami, Florida 33175
    Tel: 305-551-2280
    Fax: 954-828-0179
    Latonia_jackson@att.net

    /s/_____
    By: LaTonia D. Jackson, Esq.
    FBN: 034977